ACCEPTED
01-15-00243-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/1/2015 12:38:16 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00243-CV

_____

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/1/2015 12:38:16 PM
CHRISTOPHER A. PRINE
Clerk

THE DISCOVERY GROUP, INCORPORATED
D/B/A PREFERRED CORPORATE HOUSING
*Appellant*

V.

RICHARD KAMMEN, INDIVIUDALLY
AND D/B/A RICHARD KAMMEN & ASSOCIATES
*Appellee.*

_____

Appeal from the County Civil Court at Law Number Three (3)
Harris County, Texas
Trial Court Cause No. 1029597

_____

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

_____


Andrew P. McCormick
Laurie A. Munoz
McCormick, Lanza & McNeel, LLP
4950 Bissonnet Street
Bellaire, TX 77401
(713) 523-0400
(713) 523-0408 Fax

Attorneys for Appellee,
Richard Kammen, individually and d/b/a
Richard Kammen & Associates

<u>UNOPPOSED MOTION TO EXTEND TIME FOR FILING APPELLEE'S BRIEF</u>

TO THE HONORABLE COURT OF APPEALS:

Richard Kammen, individually and d/b/a Richard Kammen & Associates, Appellee, moves this court to grant an extension of time to file Appellee's Brief, and respectfully states:

1.      Appellee's Brief is due to be filed with this Court on May 8, 2015.

2.      Appellee, Richard Kammen, individually and d/b/a Richard Kammen & Associates, seeks a 20-day extension of time to file Appellee's Brief, which would make Appellee's Brief due on or before May 22, 2015.

3       This extension of time is necessary because due to time constraints and the time required to conduct the research.  It will be difficult for counsel for Appellee, Richard Kammen, individually and d/b/a Richard Kammen & Associates, to adequately prepare the brief in this appeal if the extension is not granted.  Therefore, additional time is needed to adequately prepare the arguments in this case.

4.      Counsel for Richard Kammen, individually and d/b/a Richard Kammen & Associates has conferred with the counsel for Appellant, The Discovery Group, Incorporated d/b/a Preferred Corporate Housing, and he is unopposed to the motion to extend time.

5.      This is the first extension of time Appellee has sought for the filing of the Appellee's Brief.

PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this court render an order extending the time for filing Appellee Richard Kammen, individually and d/b/a Richard Kammen & Associates's Brief to and including May 22, 2015. Appellee also requests any other relief to which it may be entitled.

Respectfully submitted,

MCCORMICK, LANZA & MCNEEL, LLP

By: /s/ Andrew P. McCormick
ANDREW P. McCORMICK
State Bar No. 13457100
amccormick@mlm-lawfirm.com
LAURIE A. MUNOZ
State Bar No. 24071782
lmunoz@mlm-lawfirm.com
4950 Bissonnet Street
Bellaire, Texas 77401
(713) 523-0400 / (713) 523-0408

Attorneys for Appellee
Richard Kammen, individually and d/b/a
Richard Kammen & Associates

CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with opposing counsel regarding this request and that Steven D. Poock, counsel for Appellant, does not oppose this motion.

/s/ Laurie A. Munoz
LAURIE A. MUNOZ

3

<u>CERTIFICATE OF SERVICE</u>

I certify that I have served this document on all other parties, which are listed below on May 1, 2015 via email and/or facsimile as follows:

Steven D. Poock
Attorney at Law
P. O. Box 984
Sugar Land, TX 77487

*/s/ Laurie A. Munoz*
LAURIE A. MUNOZ